SCWC-18-0000361

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WW, Petitioner/Petitioner-Appellant,

vs.

DS, and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Respondents/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000361; FC-P NO. 16-1-0149)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant WW's application for writ of certiorari filed on January 22, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 2, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

